**FILED
FRONT COUNTER**

**2019 NOV 18 PM 2:47**

**CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ Division

In re,

Case No. 19-13747

Chapter 7

Debtor(s)

COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __✓__ computer diskette listing a total of __16__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: __11/18/2019__   _[Check if applicable]_ _____ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

19-13747.txt

Dinakar Juvvala
26078 Blackberry Knoll Court
Alfie, VA. 20105

Srini Nadipally
26070 Blackberry Knoll Ct.
Aldie Va. 20105

Bobcat of Northern Virginia
13125 Arto St,
Bristow, VA 20136

Robert & Kimberly Lorigan
21381 Clappertown Rd.
Ashburn, VA. 20147

Caroline Eppler
121 Evergreen St.
Sterling VA. 20164

Ken Brady
1100 N. Glebe Rd.
Arlington, VA. 22201

David Robertson / Heavy Duty Inc.
PO Box 40
Elmwood, VA. 22718

Dave & Jennifer Waldman
15124 Omega Court
Waterford, VA 20197

Norman Ball
21800 Towncenter Plaza, #266A
Suite 270
Sterling, VA 20164

Anne DiStefano
8 Oak Tree Ln.
Revere, MA. 02151

Bob Violette
133 S. Fox Rd
Sterling, VA 20164

Taiwo Ladeji
461 Foxridge Dr
Leesburg, VA 20175

Saritha Bachali
26054 Blackberry Knoll Ct
Aldie, Va 20105

Scott and Amie Long
12754 Milltown Rd
Lovettsville, VA 20180

Jeffrey and Sue Heson
43736 Collett Mill Court
Leesburg, VA 20176

Granite Center
22446 Davis Dr., #109

Page 1

```
                                     19-13747.txt
Sterling, VA 20164
```